**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-2187

———————

ELIZABETH W. KEANE,

Plaintiff - Appellee,

versus

DANIEL ALFRED KEANE,

Debtor - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-03-474)

———————

Submitted: February 19, 2004      Decided: February 24, 2004

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Alfred Keane, Appellant Pro Se. Robert Bruce Brown, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel A. Keane appeals from the district court's order affirming the bankruptcy court's order denying his motion for sanctions, granting Elizabeth Keane's motion for relief from the automatic stay, and allowing Elizabeth Keane to file an adversary proceeding objecting to his discharge. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Keane v. Keane</u>, No. CA-03-474 (E.D. Va. Aug. 18, 2003). Daniel Keane's motion to strike Elizabeth Keane's appeal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>